UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGIA MILES,

        Plaintiff,

  v.

BOB BURNS, et al.,

        Defendants.

No.  2:25-cv-3757 CKD P

ORDER AND

FINDINGS AND RECOMMENDATIONS

Plaintiff is a California prisoner proceeding pro se with a civil action.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has requested leave to proceed in forma pauperis.  However, it has already been determined that plaintiff has "struck out" under title 28 U.S.C. § 1915(g), Miles v. Susanville Police Dept., 2:25-cv-2655 DJC AC P, and can only proceed in forma pauperis if she alleges in her complaint that she "is under imminent danger of serious physical injury."  Plaintiff makes no such allegation in her pleadings.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

IT IS HEREBY RECOMMENDED that plaintiff's motion to proceed in forma pauperis (ECF No. 5, 9 & 11) be denied and plaintiff be required to pay the $405 filing fee within 14 days of adoption of these findings and recommendations.

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 30, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

mile3757.3ks

2