UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGIA MILES,

          Plaintiff,

    v.

BOB BURNS, et al.,

          Defendants.

No.  2:25-cv-3757-DJC-CKD P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 01, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations which the Court has considered.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 18) are adopted in full;

1

2.  Plaintiff's motion to proceed in forma pauperis (ECF No. 5, 9, 11 & 22) is denied, and Plaintiff is required to pay the $405 filing fee within 14 days of the filed date of this order.

IT IS SO ORDERED.

Dated:    **June 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/mile25cv3757.800

2