UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGIA MILES,

Plaintiff,

v.

BOB BURNS, et al.,

Defendants.

No. 2:25-cv-3757-DJC-CKD P

ORDER

On June 30, 2026, plaintiff's application to proceed in forma pauperis was denied and plaintiff was ordered to pay the $405 filing fee within 14 days. Plaintiff was warned that failure to pay the filing fee would result in dismissal. Plaintiff has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 31, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE